IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western Division - Cincinnati

| | |
|---|---|
| ALEEHA DUDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MIAMI UNIVERSITY and DR. DAVID C. HODGE, in his official capacity as President of Miami University,<br><br>    Defendants. | Case No.: 1:14-cv-38<br><br>Judge Susan J. Dlott<br><br>Magistrate Judge Stephanie K. Bowman |

## ORDER

Upon consideration of Plaintiff-Intervenor United States of America's Motion to Intervene, filed May 12, 2015, the Memorandum of Law filed in support of the Motion, and the entire record herein, the Court hereby GRANTS the United States' Motion to Intervene.

Counsel for the United States will file its Complaint in Intervention as a separate docket entry.

IT IS SO ORDERED.

Dated: Sept 10, 2015

_____
Judge Susan J. Dlott
United States District Court