UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALEEHA DUDLEY, :
:
    Plaintiff, :
:
And :
:
UNITED STATES OF AMERICA, :   Case No.: 1:14-cv-38
:
    Plaintiff-Intervenor, :   Judge Susan J. Dlott
:
v. :
:
MIAMI UNIVERSITY, ET AL., :
:
    Defendants. :

## ENTRY OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff Aleeha Dudley's claims in the captioned action against Miami University and Dr. David C. Hodge are dismissed with prejudice in accordance with the terms of the parties' Settlement Agreement and Release. Plaintiff's pending motion to accept a proposed amended complaint that sought to add the National Federation of the Blind as a party is also withdrawn. This Court retains jurisdiction for the sole purpose of enforcing the parties' Settlement Agreement and Release if a compliance dispute occurs. Each party will bear its own costs and expenses.

IT IS SO ORDERED.

August 19, 2016
DATE

JUDGE SUSAN J. DLOTT
UNITED STATES DISTRICT COURT JUDGE

**FOR ALEEHA DUDLEY:**

*/s/ Daniel F. Goldstein*
DANIEL F. GOLDSTEIN
dfg@browngold.com
SHARON KREVOR-WEISBAUM
skw@browngold.com
EMILY L. LEVENSON
elevenson@browngold.com
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Ste. 1700
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869

Dated: August 17, 2016

*/s/ Ruth Colker*
RUTH COLKER
RColker@me.com
Distinguished University Professor &
Heck-Faust Memorial Chair in
Constitutional Law
55 West 12th Avenue
Moritz College of Law
The Ohio State University
Columbus, OH 43210
Phone: 614-519-9801

Dated: August 19, 2016

*/s/ Kerstin Sjoberg-Witt*
KERSTIN SJOBERG-WITT (0076405)
Trial Attorney for Plaintiff
ksjoberg-witt@disabilityrightsohio.org
LAURA OSSECK (0082231)
losseck@disabilityrightsohio.org
Ohio Disability Rights Law and
Policy Center, Inc.
DISABILITY RIGHTS OHIO
50 W. Broad Street, Suite 1400
Columbus, Ohio 43215-5923
(614) 466-7264 Tel.
(614) 644-1888 Fax

Dated: August 17, 2016

FOR THE DEFENDANTS:

*/s/ Robin Parker*

ROBIN PARKER
General Counsel
MITCHEL MCCRATE
Deputy General Counsel
Miami University

Dated: August 19, 2016

MICHAEL DEWINE
ATTORNEY GENERAL OF OHIO:

By Its Special Counsel:

*/s/ Elizabeth T. Smith*

Elizabeth T. Smith (0012075)
Trial Attorney for Defendants
etsmith@vorys.com
Daniel J. Buckley (0003772)
djbuckley@vorys.com
Erin D. French (0090813)
edfrench@vorys.com
Vorys Sater Seymour & Pease LLP
301 East 4th Street, Suite 3500
Cincinnati, OH 45202
(513) 723-4002 Tel.
(513) 852-7819 Fax.

Dated: August 19, 2016