IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Aleeha Dudley, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:14cv38 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Miami University, et al., | : |
| | : |
| Defendant(s). | : |

ORDER

The Court is clarifying Docket Entry 62. The docket notation should read that plaintiff Dudley's claims are dismissed against defendants Miami University and defendant Dr. David Hodge. The Case will remain open on the claims of the United States of America against Miami University.

IT IS SO ORDERED.

   ___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court